UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RYAN JEWEL CANADY,

Plaintiff,

v.

LCI, INC.,

Defendant.

Case No. 2:26-cv-06568-SB-AJR

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, it is ordered that Plaintiff Ryan Jewel Canady's claims are dismissed with prejudice.

This is a final judgment.

Date: September 24, 2026

Stanley Blumenfeld, Jr.
United States District Judge